# UNITED STATES COURT OF APPEALS

For the Seventh Circuit

Chicago, Illinois 60604


Argued: April 12, 2005

Decided: January 27, 2006


*Before*

Hon. DANIEL A. MANION, *Circuit Judge*

Hon. ILANA DIAMOND ROVNER, *Circuit Judge*

Hon. ANN C. WILLIAMS, *Circuit Judge*


No. 04-1706

| | |
|---|---|
| JUNSHAO ZHANG,<br><br>*Petitioner-Appellant,*<br><br>v.<br><br>ALBERTO R. GONZALES, Attorney General of the United States of America, and DEPARTMENT OF HOMELAND SECURITY,<br>*Respondents-Appellees.* | ] Petition for Review<br>] of an Order of<br>] the Board of<br>] Immigration Review.<br>]<br>] No. A73-488-56<br>]<br>]<br>]<br>]<br>]<br>] |


## *ORDER*

In the third sentence from the end of the opinion beginning with "Because we reject...",

"the government has failed to demonstrate" is amended to read "the government has failed to

rebut the presumption of."